AARON COLBY (State Bar No. 247339)
  aaron@colbylegal.com
ZOE YUZNA (State Bar No. 268496)
  zoe@colbylegal.com
**COLBY LAW FIRM, PC**
13263 Ventura Boulevard, Suite 203
Studio City, California 91604
Telephone: (818) 253-1599
Fax: (818) 475-1981

Attorneys for Plaintiff
SAMDEESHIA BELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMDEESHIA BELL, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GEO SECURE SERVICES, LLC, a corporation; and DOES 1 through 20 inclusive,<br><br>　　　　　Defendant. | Case No. 5:21−cv−01927 JGB (KKx)<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:　August 26, 2021<br>FSC Date:　　　　April 8, 2024<br>Trial Date:　　　　April 23, 2024 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** the Parties resolved this litigation in conjunction with other cases involving overlapping PAGA claims. Settlement is proceeding in *Priscilla Lopez v. Geo Secure Services, LLC*, Superior Court of the State of California for Imperial County Case No.: ECU002060. Accordingly, Plaintiff SAMDEESHIA BELL requests dismissal of this entire litigation without prejudice.

DATED: February 15, 2024                COLBY LAW FIRM, PC

By: _____
AARON COLBY
ZOE YUZNA

Attorneys for Plaintiff
SAMDEESHIA BELL

**REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

2